IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. EINHORN, | : | |
| ADMINISTRATOR OF THE | : | |
| TEAMSTERS PENSION TRUST FUND | : | |
| OF PHILADELPHIA AND VICINITY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-1720 |
| KLAYMAN PRODUCE CO., INC. | : | |

## ORDER

**AND NOW,** this  16th  day of  December  2013, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 4), and all papers submitted in support thereof, it is **ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment is **GRANTED**.

2. Defendant is **ORDERED** to pay withdraw liability in the amount of $317,159.21.

3. Defendant is **ORDERED** to pay $5,550.28 in interest.

4. Defendant is **ORDERED** to pay liquidated damages in the amount of $63,431.84.

5. Defendant is **ORDERED** to pay attorney's fees in the amount of $3,240.00.

6. Defendant is **ORDERED** to pay costs in the amount of $606.20.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK**